Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Willingboro Public Schools
Our File No.  97567 ELH

| | |
|---|---|
| TERESA-ANNE LUCAS<br><br>      Plaintiff<br><br>V.<br><br>WILLINGBORO PUBLIC SCHOOLS;<br>MALCOLM OUTLAW AND JOHN<br>DOES 1 THROUGH 10<br><br>      Defendant | UNITED STAES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.:<br><br>          Civil Action<br><br>**NOTICE OF REMOVAL TO UNITED<br>STATES DISTRICT COURT** |

**PLEASE TAKE NOTICE** that Defendants hereby file this Notice of

Removal of the above-captioned matter to the United States District

Court for the District of New Jersey from the Burlington County Superior

Court, Law Division, where the action is now pending, pursuant to 28

U.S.C. § 1446 and state:

1.      The action is a civil action filed in the Burlington County Superior

Court, Law Division under Docket Number BUR-L-26-26 and is pending

therein.

2.        Because of the following facts, defendants request that this action proceed in this Court as an action properly removed to it:

A.        In the Complaint, (attached hereto at Ex. A) at Counts One and Two, Plaintiff alleges violations of 42 U.S.C. Sec. 2000(e)(3)(a).

B.        This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because Plaintiff's claims raise issues under federal law and the United States Constitution.

C.        Accordingly, this action may be removed by Defendants under 28 U.S.C. § 1441.

3.        Thirty days have not elapsed since the service of process of the Complaint upon the Defendants in state court.

4.        Copies of all process, pleadings, and orders served upon defendants are attached to this Notice of Removal, in accordance with 28 U.S.C. § 1446.

5.        Concurrent with the filing of this Notice of Removal, Defendants are providing written notice to all parties and the Clerk of the Superior Court of New Jersey, Law Division, County of Burlington, pursuant to 28 U.S.C. § 1446.

**WHEREFORE**, Defendants request that this action proceed in this Court as an action properly removed to it.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Willingboro Public Schools

By:_____

Eric L. Harrison

**THE LENOX LAW FIRM**
Attorneys for Malcolm Outlaw

BY:_____
Patrick Carrigg

DATED:  February 9, 2026

cc:

VIA EMAIL: quintonrobinsonlaw@gmail.com
Quinton Robinson
33 Wood Avenue South - Suite 600
Iselin, NJ 08830